AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>9101 Volcano Road NW Unit 22, Albuquerque, NM 87121 | )<br>)<br>)  Case No. **23 MR 1501**<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of ____New Mexico____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached hereto and incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before ____August 22, 2023____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Jennifer M. Rozzoni____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    08/08/2023 4:25 pm            *Jennifer M. Rozzoni*
                                                        Judge's signature

City and state:    Albuquerque, New Mexico             Jennifer M. Rozzoni, U.S. Magistrate Judge
                                                       *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                             _____
                                                              *Executing officer's signature*

                                                              _____
                                                                   *Printed name and title*

## ATTACHMENT A – PROPERTY TO BE SEARCHED

9101 Volcano Road NW Trailer 22, Albuquerque, NM 87121

The Subject Premises is a one story, manufactured, or mobile home unit on Volcano Road. The residence is a two-tone turquoise and white colored structure. The Subject Premises has a window air conditioning unit visible from the entry road. The numbers "22" are visible on the left side of the trailer





16

## ATTACHMENT B – ITEMS TO BE SEIZED

The persons and items to be seized include CRISTOBAL ORTIZ-CASTILLO, a "person to be arrested" under Fed. R. Crim. P. 41(c)(4), as well as evidence, contraband, fruits, or instrumentalities of violations of Title 18, United States Code, Section 32 (destruction of aircraft or aircraft facilities) and consist of the following:

1. Cristobal Ortiz Castillo (a "person to be arrested" under Fed. R. Crim. P. 41(c)(4)). A photograph of Castillo is included in this attachment.



2. Property designed for use, intended for use, or used in a violation of 18 U.S.C. § 32 and including any firearm, ammunition, and ammunition shell casing used in such offense.

3. Clothing, accessories, footwear, and other property, worn by the individual captured in bait car and drone footage on July 3, 2023 who is believed to be CRISTOBAL ORTIZ-CASTILLO.

4. Records, information, documents, programs, applications, and materials containing evidence of a violation of 18 U.S.C. § 32 or information regarding the current whereabouts of CRISTOBAL ORTIZ-CASTILLO.

5. Any firearm matching the description of the black handgun observed in the possession of the individual believed to be CRISTOBAL ORTIZ-CASTILLO on July 3, 2023, as well as any ammunition and magazine associated with such a handgun.